calendar for May 6, 1977, 9:30 a.m., for oral argument. *Edwards & Angell, Edward F. Hindle, Deming E. Sherman,* for petitioner. *Julius C. Michaelson, Attorney General, R. Daniel Prentiss,* Special Asst. Attorney General, *Dennis J. Roberts II,* for Rhode Island Consumers' Council, for respondents.

M. P. No. 77-89. STATE *v.* WARREN J. FIFER. Petition for habeas corpus is denied.

The defendant's motion for bail is denied, without prejudice, pursuant to Rule 9 of this court. *Julius C. Michaelson,* Attorney General, *Judith Romney Wegner,* Special Asst. Attorney General, for plaintiff-respondent. *William T. Murphy,* for defendant-petitioner.

M. P. No. 77-101. WILLIAM H. CHEETHAM, ESTATE OF. The petition for certiorari is denied.

The petitioner's motions to file in forma pauperis and for cost of transcript, to consolidate, and to stay proceedings in probate court, are denied. *Francis J. Maguire,* for petitioner.

M. P. No. 77-102. PHYLLIS JUNE VLASATY *v.* R. I. STATE BOARD OF ELECTIONS. Petition for writ of certiorari is granted and writ shall issue forthwith. *Richard P. D'Addario,* for petitioner. *Julius C. Michaelson,* Attorney General, *Stephen F. Achille,* for respondent.

M. P. No. 77-114. THOMAS A. McCORMICK *v.* R. I. STATE BOARD OF ELECTIONS. Petition for writ of certiorari is granted and the writ shall issue forthwith. *Keven A. McKenna,* for petitioner. *Julius C. Michaelson,* Attorney General, *Stephen F. Achille,* for respondent.

M. P. No. 77-115. LESTER FAYERWEATHER *v.* R. I. STATE BOARD OF ELECTIONS. Petition for writ of certiorari is granted and the writ shall issue forthwith. *Keven A. McKenna,* for petitioner. *Julius C. Michaelson,* Attorney General, *Stephen F. Achille,* for respondent.